

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2020

No. 04-18-00411-CV

**REPSOL OIL AND GAS USA, LLC** as successor of Talisman Energy USA Inc, Statoil Texas
Onshore Properties, LLC, and Statoil Pipelines, LLC, and OGE, LLC,
Appellants

v.

**MATRIX PETROLEUM, LLC**, Matrix Petroleum Holdings LLC, JAR Resources Holdings,
L.P., and TMRX Petroleum, LLC,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00158-CVL
Honorable Russell Wilson, Judge Presiding

## O R D E R

Appellees have filed Motions to Dismiss Appellant Statoil Texas Onshore Properties,
LLC's Appeal for Lack of Jurisdiction. We order the motions are carried with the appeal. We
further order Statoil Texas Onshore Properties, LLC to file its response, if any, on or before the
date its reply brief is due.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 16th day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court